```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/6/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANCHEZ JOHNSON, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

INSIDER INC.,

                Defendant.

22 Civ. 6529 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate this action with *Roby et al. v. Insider, Inc.*, 22 Civ. 6834. By **September 13, 2022**, any interested attorneys shall file requests to be appointed Lead Counsel. Opposition to any such application shall be filed by **September 19, 2022**.

    SO ORDERED.

Dated: September 6, 2022
        New York, New York

                                              ANALISA TORRES
                                     United States District Judge