UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2022_
```

In re Insider, Inc. Pixel-VPPA Litigation

22 Civ. 6529 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties proposed case management plan. ECF No. 30. The parties request 270 days for fact discovery, without providing an exceptional circumstance which makes more than 120 days of fact discovery necessary. *Id.* ¶ 5. Further, the parties request that expert discovery close 90 days after the close of fact discovery without providing an exceptional circumstance which makes more than 45 additional days necessary. *Id.* ¶ 7. The parties also propose a schedule for Plaintiffs' anticipated class certification motion, *id.* ¶ 13, but the parties must file pre-motion letters in accordance with the Court's Individual Rules in Civil Cases. Finally, the parties propose a deadline for summary judgment motions that conflicts with the deadline set in paragraph 8. *Id.* Accordingly, by **January 5, 2023**, the parties shall file a revised case management plan.

      SO ORDERED.

Dated: December 29, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge