UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Insider, Inc. Pixel-VPPA Litigation

22 Civ. 6529 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated January 9 and 17, 2023. ECF Nos. 33, 35. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **March 3, 2023**, Defendant shall file its motion to dismiss;
3. By **March 24, 2023**, Plaintiffs shall file their opposition; and
4. By **April 7, 2023**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: January 18, 2023
New York, New York

ANALISA TORRES
United States District Judge