UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| *In re Insider, Inc. Pixel- VPPA Litigation* | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:22-cv-06529-AT<br><br>Judge: Hon. Analisa Torres |

**PLAINTIFF SANCHEZ JOHNSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Sanchez Johnson, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses her individual claims in this action against Defendant Insider, Inc. without prejudice. This dismissal shall not affect the claims of any other Plaintiff or putative class members in this action.

Respectfully submitted,

 *s/ Gary M. Klinger*
Gary M. Klinger (Admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com

Philip L. Fraietta
Joshua D. Arisohn
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019

Telephone: 646-837-7150
Facsimile: 212-989-9163
jarisohn@bursor.com
pfraietta@bursor.com

Christopher R. Reilly*
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: 305-330-5512
Facsimile: 305-679-9006
creilly@bursor.com

Adam E. Polk (Admitted *Pro Hac Vice*)
Simon Grille (Admitted *Pro Hac Vice*)
Kimberly Macey (Admitted *Pro Hac Vice*)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: 415-981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
kmacey@girardsharp.com

Christian Levis
Amanda Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914-997-0500
Facsimile: 914-997-0035
clevis@lowey.com
afiorilla@lowey.com

Nick Suciu III (Admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI 48301
Telephone: 313-303-3472
Facsimile: 865-522-0049
nsuciu@milberg.com

*Attorneys for Plaintiffs*

*Pro Hac Vice Forthcoming

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 19, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

 *s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com