USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/27/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Insider, Inc. Pixel-VPPA Litigation

22 Civ. 6529 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Fact discovery closed on October 6, 2023. *See* ECF No. 34. The parties have previously indicated that a disposition of the matter may be forthcoming. Accordingly, by **December 10, 2023**, the parties shall submit a status update to the Court, addressing possible settlement and any other relevant issues.

SO ORDERED.

Dated: November 27, 2023
     New York, New York

ANALISA TORRES
United States District Judge